In the Matter of the Application of George Overocker for a License to Practice as an Official Examiner of Title, etc.— Application granted. Present— Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Allan Black, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Order reversed, with costs, and motion for new trial on the ground of newly-discovered evidence denied, with costs. The only apparent effect of the newly-discovered evidence would be to discredit the witness Danzig upon a point not material to the controversy. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

John Carr, Appellant, v. Herman Hoefer, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Charles A. Clayton, Respondent, v. Peter Olsen, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.